Before the First Division, October 17, 1940

**No. 44581.**—Protests 532128–G, etc., of Feltex Corp. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of Cohn v. United States (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44582.**—Protest 936957–G of O. Yoshizawa Co. (Los Angeles).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of Cohn v. United States (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 44583.**—Protest 818536–G of Shing Chong Co. (San Francisco).

Opinion by Brown, J. On the authority of Rapken v. United States (25 C. C. P. A. 268, T. D. 49393) it was found that the percentage of alcohol in the merchandise in question was below 50 percent. The claim at 40 cents per pound and 25 percent ad valorem under paragraph 24 was therefore sustained.

**No. 44584.**—Protests 18584–K/88997, etc., of Boston Store of Chicago, Inc., et al. (Chicago, etc.).

Opinion by Oliver, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 44585.**—Protests 980951–G, etc., of Gellman Brothers et al. (Minneapolis, etc.).

Opinion by Oliver, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Second Division, October 17, 1940

**No. 44586.**—Protest 983624–G of American Express Co. (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel and on the authority of DuVivier v. United States (T. D. 49162) the parts of sugar-beet scales in question were held entitled to free entry under paragraph 1604 as claimed.